### WHITFIELD v. THE STATE.,
(Decided November 27, 1913.)

APPEAL from Jefferson Criminal Court.

Heard before Hon. S. E. GREENE.

No counsel marked for appellant. R. C. BRICKELL, Attorney General, for the State.

Per curiam. Appeal dismissed.

---

### WIER v. S. AND J. T. CLARK.
(Decided November 27, 1913.)

APPEAL from Pickens Circuit Court.

Heard before Hon. BERNARD HARWOOD.

No counsel marked for either party.

Per curiam. Affirmed on certificate.

---

### WILLIAMS v. THE STATE.
(Decided November 27, 1913.)

APPEAL from Macon Circuit Court.

Heard before Hon. S. L. BREWER.

O. S. LEWIS, for appellant. R. C. BRICKELL, Attorney General, and W. L. MARTIN, Assistant Attorney General, for the State.

THOMAS, J.—Reversed and remanded on the authority of *Lester v. The State,* 8 Ala. App. 376, 62 South. 637.

---

### FLETCHER v. THE STATE.
(Decided June 16, 1914. Rehearing denied June 30, 1914.)

APPEAL from Andalusia City Court.

Heard before Hon. ED. T. ALBRITTON.

PARKS & PRESTWOOD, for appellant. R. C. BRICKELL, Attorney General, and T. H. SEAY, Assistant Attorney General, for the State.

PELHAM, J.—Affirmed on the authority of *Fletcher v. State, infra,* 180, 65 South. 83.

(This cause was reversed and remanded by the Supreme Court in *Ex parte Fletcher,* 66 South. 148.)